UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:18-cr-00133-TWP-TAB |
| | ) | |
| MARK CENTOFANTE, | ) | -01 |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On March 2, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on January 20, 2023. [Dkt. 49.] Defendant appeared in person and by FCD counsel Sam Ansell. Government represented by AUSA Peter Blackett. USPO represented by James Thomas.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Centofante of his rights and ensured he had a copy of the Petition.  Defendant orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant Centofante admitted violation no. 1 as set forth in the Petition.

3.      The government moved, without objection, to withdraw violation nos. 2 and 3 set forth in the Petition; that motion was granted, and violation nos. 2 and 3 set forth in the Petition were withdrawn.

4.      The allegation to which Defendant admitted, as fully set forth in the Petition, is:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."** |

On January 4, 2023, this officer discovered while conducting a record check, that the offender had an active warrant after absconding from the Marion County, Indiana, Community Corrections Home Confinement program by leaving his approved residence at the Wheeler Mission Shelter. On January 5, 2023, staff at the Wheeler Mission verified the offender had not stayed at the facility since December 19, 2022. As of this writing, the offender has made no contact advising of a change of address and his whereabouts are unknown.

5.    The Court finds that:

(a)    The highest grade of violation is a Grade C violation.

(b)    Defendant's criminal history category is VI.

(c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

6.    The parties jointly recommended a sentence of twelve (12) months and one (1) days' incarceration, with a period of one (1) year of supervised release to follow.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the condition set forth in violation no. 1 of the Petition, and recommends that Defendant be sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day, with one (1) year of supervised release to follow.

In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

2

1.  You shall report to the probation office in the judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2.  You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3.  You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4.  You shall not knowingly leave the judicial district without the permission of the court or probation officer.

5.  You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6.  You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7.  You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8.  You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9.  You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full-time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

    Justification: Conditions 1-11, are recommended to assist the probation officer in supervising the offender and to ensure the safety of the community.

12. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

3

13. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

14. You shall not use or possess alcohol.

15. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

16. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

    Justification: Conditions 12-16, are recommended to aid the probation officer in addressing and monitoring the offender's progress due to the noted history of substance abuse.

17. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

    Justification: The offender has a documented and self reports a history of mental health issues, and this condition will aid in addressing any related needs.

18. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

19. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may

assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

Justification: Conditions 18-19, are recommended to assist the probation officer in enforcing conditions ordered by the Court and encourage the offender to invest in his own rehabilitation.

20. You shall reside in a residential reentry center for a term up to 180 days. You shall abide by the rules and regulations of the facility.

Defendant waived reading on the above condition nos. 1-19 on the record.  The Court read the additional condition no. 20 to Defendant on the record.

The Defendant is to remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated:  2 MAR 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system