UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:18-cr-00133-TWP-TAB |
| | ) | |
| MARK CENTOFANTE, Defendant. | ) | - 01 |

**REPORT AND RECOMMENDATION**

On October 26, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision Release filed on February 3, 2026. [Filing Nos. 68, 69.] Defendant appeared in person with his appointed counsel Omar Ghani. The government appeared by Peter Blackett, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Travis Buehrer.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation number 3. [Filing Nos. 68, 69.] Government orally moved to withdraw the remaining violation numbers 1, 2 and 4, which motion was granted by the Court.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned** |

**change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."**

On January 29, 2026, Mr. Centofante was removed from the Ethan Crossing residential substance abuse treatment center. As of February 3, 2026, he has failed to report his location to the U.S. Probation Officer as required.

4. The parties stipulated that:

(a) The highest grade of violation is a Grade C violation.

(b) Defendant's criminal history category is VI.

(c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of 8 months imprisonment with no supervision to follow. Defendant requested placement at FCI Marion, Illinois.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) and § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 8 months imprisonment with no supervised release to follow. The Magistrate Judge makes a recommendation of placement at FCI Marion, Illinois.

The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 10/26/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system