UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00133-TWP-TAB |
| | ) | |
| MARK CENTOFANTE, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On October 26, 2026, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision. (see Dkts. 68, 82). The parties waived the fourteen-day period to object to the Report and Recommendation. (Dkt. 81). The Court, having considered the matter before it, hereby **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. [82], and finds that Defendant has violated the conditions of supervised release. The Petition for Action, Dkt. [68] is granted. The Probation Officer shall prepare an amended judgment.

**IT IS SO ORDERED.**

Date: October 27, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Peter A. Blackett
DOJ-USAO
peter.blackett@usdoj.gov

Hannah T. Jones
Indiana Federal Defenders
hannah_jones@fd.org

Electronic notice to USPO

Electronic notice to USM-C